IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**REYNALDO MILLETTE,**
**D.O.C. #S10037,**

    *Plaintiff*,

v.                                                       Case No.: 4:21cv93-MW/MAF

**SERGEANT S. KITCHEN, and**
**OFFICER GAMBLE,**

    *Defendant*.

_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 4, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED** for failure to prosecute and failure to comply with a Court Order." The

Clerk shall close the file.

    **SO ORDERED on April 26, 2021.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
